1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   Scott N. Johnson,                    )
                                          )    2:11-cv-02968-GEB-JFM
11                   Plaintiff,           )
                                          )    ORDER CONTINUING STATUS
12           v.                           )    (PRETRIAL SCHEDULING)
                                          )    CONFERENCE
13   Antonio Morales, Sr.,                )
     Individually and d/b/a Mazatlan      )
14   Café; Maria Elena Morales,           )
                                          )
15                   Defendants.          )
     _____)

16

17           Plaintiff states in his Status Report filed February 28, 2012:

18   "Plaintiff has filed a Request for Clerk's Entry of Default and

19   anticipates a Motion for Default date in June 2012." (ECF No. 10, 3:12-

20   13.)

21           Plaintiff shall file a motion for entry of default judgment

22   before the Magistrate Judge within forty-five (45) days of the date on

23   which this Order is filed. If Plaintiff fails to timely file the motion,

24   Plaintiff shall show cause in writing no later than April 16, 2012, why

25   this action should not be dismissed for failure of prosecution.

26           Further, the status conference scheduled for hearing on March

27   12, 2012, is continued to commence at 9:00 a.m. on September 17, 2012.

28   A status report shall be filed fourteen (14) days prior to the status

1  conference in which Plaintiff is required to explain the status of the

2  default proceedings.

3          IT IS SO ORDERED.

4  Dated:  March 1, 2012

5

6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28