IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,           )<br>                             )<br>     Plaintiff,            )<br>                             )<br>     v.                      )<br>                             )<br> Antonio Morales, Sr.,       )<br> Individually and d/b/a Mazatlan )<br> Café; Maria Elena Morales,  )<br>                             )<br>     Defendants.             )<br>_____) | 2:11-cv-02968-GEB-JFM<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

        Plaintiff states in his Status Report filed February 28, 2012: "Plaintiff has filed a Request for Clerk's Entry of Default and anticipates a Motion for Default date in June 2012." (ECF No. 10, 3:12-13.)

        Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five (45) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than April 16, 2012, why this action should not be dismissed for failure of prosecution.

        Further, the status conference scheduled for hearing on March 12, 2012, is continued to commence at 9:00 a.m. on September 17, 2012. A status report shall be filed fourteen (14) days prior to the status

1  conference in which Plaintiff is required to explain the status of the
2  default proceedings.
3       IT IS SO ORDERED.
4  Dated:  March 1, 2012

            _____
            GARLAND E. BURRELL, JR.
            United States District Judge