IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Scott N. Johnson,              )
                               )    2:11-cv-02968-GEB-JFM
           Plaintiff,          )
                               )
      v.                       )    ORDER RE: SETTLEMENT AND
                               )    DISPOSITION
Antonio Morales, Sr.,          )
Individually and d/b/a Mazatlan)
Café; Maria Elena Morales,     )
                               )
           Defendants.         )
_____)
```

Plaintiff filed a "Notice of Settlement" on March 21, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 13.)

Therefore, a dispositional document shall be filed no later than April 20, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  March 23, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1